## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| NORMAN J. HOPPENSTEIN | § | |
| | § | |
| vs. | § | Civil Action No. 4:14-cv-00467 |
| | § | |
| JUSTICE OF THE PEACE CHUCK | § | |
| RUCKEL; TIM WALKER, BAILIFF; | § | |
| SAMMY KNAPP, CONSTABLE | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff, **NORMAN J. HOPPENSTEIN**, having announced to the Court that he wishes to dismiss his claims against Defendants **JUDGE CHUCK RUCKEL, DEPUTY CONSTABLE TIM WALKER,** and **CONSTABLE SAMMY KNAPP,** in all their capacities, with prejudice and that all costs of court, expenses and attorney's fees be taxed against the party incurring same,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff **NORMAN J. HOPPENSTEIN** take nothing against Defendants **JUDGE CHUCK RUCKEL, DEPUTY CONSTABLE TIM WALKER,** and **CONSTABLE SAMMY KNAPP,** and that any and all claims he has against said Defendants in any of their capacities, asserted herein or not, be, and they are hereby, dismissed with prejudice to his right to refile same; and

2. That all costs of court, attorney's fees and any other costs or expenses of any nature be paid by the party incurring same.

**SIGNED this 4th day of August, 2015.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE